2023R00263/CSS

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 24-cr-812 |
| JOOYEONG LEE | : | 26 U.S.C. § 7206(1) |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, and the defendant having waived any defenses based upon venue, the United States Attorney for the District of New Jersey charges:

**(Subscribing to a False Tax Return)**

On or about April 18, 2022, in the Eastern District of New York, and elsewhere, the defendant,

**JOOYEONG LEE,**

willfully made and subscribed, and filed and caused to be filed, with the Internal Revenue Service, a false U.S. Individual Income Tax Return, Form 1040 for tax year 2021, which was verified by a written declaration that it was made under the penalties of perjury and which the defendant did not believe to be true and correct as to every material matter, in that the defendant reported a total taxable income of $414,036, when the defendant knew that his total taxable income was significantly greater than $414,036.

In violation of Title 26, United States Code, Section 7206(1).

_____
PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: __24-_____

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

JOOYEONG LEE

# INFORMATION FOR

26 U.S.C. § 7206(1)

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

CASEY S. SMITH
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2795