<u>**UNITED STATES DISTRICT COURT**</u>
<u>**DISTRICT OF NEW JERSEY**</u>
<u>**MINUTES OF PROCEEDINGS**</u>

<u>**OFFICE:**</u> **NEWARK**                              <u>**DATE:**</u> December 12, 2024
<u>**JUDGE**</u>  KATHARINE S. HAYDEN
<u>**COURT REPORTER:**</u>  MELISSA MORMILE

<u>**TITLE OF CASE:**</u>                              <u>**DOCKET #**</u>  24-cr-812
UNITED STATES OF AMERICA

        vs.
JOOYEONG LEE

    **DEFT. PRESENT**

**APPEARANCES:**
Casey S. Smith, AUSA for Government
Jason Seidman, Esq. for Defendant
Kristen McKeown, U.S. Pretrial Services

**Nature of Proceedings**:  Initial Appearance & Plea Hearing
Ordered bail set at a $100,000 unsecured bond.
Order of Release filed with conditions.
Defendant sworn.
PLEA:  GUILTY ON COUNT 1 OF THE INFORMATION
Waiver of indictment filed.
Waiver of Venue read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Rule 11 application filed.
Brady order filed.
Sentencing scheduled for at 4/23/25 @ 2 pm

**Time Commenced:**   2:20 PM
**Time Adjourned:**    3:05 PM

                                    <u>Christine Melillo, Deputy Clerk</u>
                            to the Honorable Katharine S. Hayden, U.S.D.J.