UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 24-00812 (KSH) |
| v. | : | |
| JOOYEONG LEE | : | SENTENCING SUBMISSION NOTICE OF THE UNITED STATES |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant, Jooyeong Lee.

                                          Respectfully submitted,

                                          ALINA HABBA
                                          United States Attorney

Dated: April 3, 2025                     */s/ Casey S. Smith*
                                   By:  CASEY S. SMITH
                                          Assistant United States Attorney