

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Casey S. Smith*
*Assistant U.S. Attorney*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*

*973-645-2795*

June 9, 2025

**VIA ECF**

Honorable Katharine S. Hayden
United States District Judge
Frank R. Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07101

> Re:  *United States v. Jooyeong Lee*
>      <u>Crim. No. 24-00812</u>

Dear Judge Hayden:

On April 23, 2025, the Court held a hearing in the above-referenced case in which it advised that the sentencing hearing should take place after the defendant, Jooyeong Lee, is sentenced on certain state charges. Sentencing in state court was scheduled for June 6, 2025, and the Court set a sentencing hearing in this case for June 16, 2025.

Since then, defense counsel informed the government that the state court sentencing has been postponed to August 1, 2025. As a result, the parties are respectfully requesting that the Court adjourn the sentencing to a date after August 1, 2025.

Respectfully Submitted,

ALINA HABBA
United States Attorney


/s/ Casey S. Smith
BY:  Casey S. Smith
     Assistant United States Attorney