

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Casey S. Smith*　　　　　　　　　　　*970 Broad Street, 7th floor*　　　　　　　*973-645-2795*
*Assistant U.S. Attorney*　　　　　　　*Newark, New Jersey 07102*

August 13, 2025

Honorable Katharine S. Hayden
United States District Judge
Frank R. Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07101

　　　　　Re:　　*United States v. Jooyeong Lee*, Crim. No. 24-00812

Dear Judge Hayden:

　　On April 23, 2025, the Court held a hearing in which it advised that the sentencing hearing should take place after the defendant, Jooyeong Lee, is sentenced in state court. Sentencing in state court was scheduled for June 6, 2025, and the Court set a sentencing hearing in this case for June 16, 2025. On June 9, 2025, the Court granted the parties' request for a sentencing adjournment after the state court postponed sentencing to August 1, 2025. The Court set a sentencing hearing in this matter for September 11, 2025. ECF No. 15.

　　The parties now respectfully request that the Court adjourn the hearing again. The state court proceedings did not move forward on August 1, 2025, as anticipated, and the state court rescheduled its hearing for September 19, 2025. As a result, the parties request that the Court adjourn the hearing to a date after September 19, 2025.

　　　　　　　　　　　　　　Very truly yours,

　　TODD W. BLANCHE
　　U.S. Deputy Attorney General

　　ALINA HABBA
　　Acting United States Attorney
　　Special Attorney


　　*/s/ Casey S. Smith*　　　　　　　　　　　　*/s/ Jason A. Seidman*
By:　Casey S. Smith　　　　　　　　　　　　　Jason A. Seidman, Esq.
　　Assistant U.S. Attorney　　　　　　　　　*Counsel for the Defendant*