

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*Casey S. Smith*
*Assistant U.S. Attorney*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*

*973-645-2795*

December 30, 2025

Honorable Katharine S. Hayden
United States District Judge
Frank R. Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07101

   Re: *United States v. Jooyeong Lee*, Crim. No. 24-00812

Dear Judge Hayden:

   On April 23, 2025, the Court held a hearing in which it advised that the sentencing hearing should take place after the defendant, Jooyeong Lee, is sentenced in state court. Thereafter, the Court granted three requests for sentencing adjournments filed by the parties following the postponement of sentencing in state court. ECF Nos. 15, 17, 20. On October 22, 2025, the Court scheduled a sentencing hearing in this matter for January 6, 2026. ECF No. 20. Sentencing in state court was scheduled to take place on December 22, 2025.

   The parties now respectfully request that the Court adjourn the hearing again. The state court proceedings did not move forward on December 22, 2025, as anticipated, and the state court rescheduled its hearing for January 30, 2026. As a result, the parties request that the Court adjourn the hearing to a date after January 30, 2026.

       Very truly yours,

   TODD BLANCHE
   U.S. Deputy Attorney General

   PHILIP LAMPARELLO
   Senior Counsel

   */s/ Casey S. Smith*        */s/ Jason A. Seidman*
By: Casey S. Smith        Jason A. Seidman, Esq.
   Assistant U.S. Attorney     *Counsel for the Defendant*