

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*Casey S. Smith*
*Assistant U.S. Attorney*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*

*973-645-2795*

January 30, 2026

Honorable Katharine S. Hayden
United States District Judge
Frank R. Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07101

Re:    *United States v. Jooyeong Lee*, Crim. No. 24-00812

Dear Judge Hayden:

On April 23, 2025, the Court held a hearing in which it advised that the sentencing hearing should take place after the defendant, Jooyeong Lee, is sentenced in state court. Thereafter, the Court granted four requests for sentencing adjournments filed by the parties following the postponement of sentencing in state court. ECF Nos. 15, 17, 20, 22. On January 5, 2026, the Court scheduled a sentencing hearing in this matter for February 10, 2026. Sentencing in state court was scheduled to take place on January 30, 2026.

The parties now respectfully request that the Court adjourn the hearing again. The state court proceedings have been postponed again, and the state court rescheduled its hearing for April 10, 2026. As a result, the parties request that the Court adjourn the hearing to a date after April 10, 2026.

Very truly yours,

TODD BLANCHE
U.S. Deputy Attorney General

PHILIP LAMPARELLO
Senior Counsel

*/s/ Casey S. Smith*
By:   Casey S. Smith
     Assistant U.S. Attorney

*/s/ Jason A. Seidman*
Jason A. Seidman, Esq.
*Counsel for the Defendant*